UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES OF AMERICA,

        -against-

Jose Martinez

                              Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20     -CR- 537 (   ) (   )

Defendant __Jose Martinez_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


/s/Jose Martinez by Martin Cohen
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for defendant)

Jose Martinez

Print Defendant's Name

/s/ Martin Cohen
Defendant's Counsel's Signature


___Martin Cohen_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/14/2020
_____
Date

_____/s/_____
U.S. District Judge/U.S. Magistrate Judge