UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,                    :

        -v-                                      :        20-CR-537-1 (JPC)

JOSE MARTINEZ, *also known as* MIGUEL  :        ORDER
MARTINEZ,                                         :

                 Defendant.        :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Defendant Jose Martinez's counsel has requested that the Court schedule a guilty plea proceeding for Defendant. Accordingly, the Court will hold a guilty plea hearing on January 21, 2021, at 3:00 p.m. If Defendant consents, the Court plans to conduct this hearing via video conference, subject to hearing any objection from the Government for the proceeding to occur remotely.

        By no later than January 19, 2021, at 5:00 p.m., the Government must advise the Court whether it objects to the guilty plea hearing occurring remotely, and if so, the basis for the Government's objection.

        SO ORDERED.

Dated: January 15, 2021                       _____
      New York, New York                          JOHN P. CRONAN
                                                           United States District Judge