**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

*By ECF*

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jose Martinez*, 20 Cr. 537 (JPC)

Dear Judge Cronan:

I write on consent (Assistant U.S. Attorney Marguerite Colson) to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for April 28, 2021, for a period of around 60 days. There are two reasons for the request: first, we are still trying to complete Mr. Martinez's presentence interview, and an adjournment is needed to provide Mr. Martinez with sufficient time to review the draft report once it is disclosed; second, I have a trial scheduled to begin on April 27, 2021, and thus will not be available for sentencing as currently scheduled.

Accordingly, I respectfully that the Court adjourn sentencing for a period of around 60 days.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Marguerite Colson, Esq., by ECF
U.S. Probation Officer Jonathan Bressor

---

Defendant Jose Martinez's request is granted. Martinez's sentencing is adjourned from April 28, 2021, to June 28, 2021, at 11:00 a.m. The sentencing will take place in Courtroom 12D, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Date:  March 29, 2021
       New York, New York

JOHN P. CRONAN
United States District Judge