UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
    -v-                                            :            20 Cr. 537 (JPC)
:
JOSE MARTINEZ, *also known as* MIGUEL              :            ORDER
MARTINEZ,                                          :
:
        Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Jose Martinez pled guilty on January 21, 2021. In his plea agreement, Defendant agreed to make restitution in the amount of $11,930 and admitted to the forfeiture allegations with respect to Counts Two and Three of the Indictment, thereby agreeing to forfeit an additional $11,930. Defendant was sentenced on June 28, 2021, and the Court entered Judgment against Defendant on July 1, 2021, reflecting those forfeiture and restitution amounts. Accordingly, the Government is ordered to file a proposed forfeiture and restitution order for the Court's consideration by no later than August 20, 2021.

    SO ORDERED.

Dated:  August 13, 2021                         _____
        New York, New York                              JOHN P. CRONAN
                                                     United States District Judge